CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

DEC 14 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| JUAN P. MCLENDON., | ) | |
| Plaintiff, | ) | Civil Action No. 7:06cv00655 |
| | ) | |
| | ) | **FINAL ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | By: Hon. Jackson L. Kiser |
| Defendant. | ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

## ADJUDGED AND ORDERED

that this action shall be and hereby is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1), all other pending motions are hereby **DENIED as MOOT**, and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order to the plaintiff.

**ENTER**: This 14th day of December, 2006.

Senior United States District Judge